**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARILYN DEMORY, on Behalf of Herself and a Class of Persons Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; RONALD E. LOGUE; EDWARD J. RESCH; PAMELA D. GORMLEY; JAMES J. MALERBA; GOLDMAN, SACHS & CO.; MORGAN STANLEY & CO. INC.; CREDIT SUISSE SECURITIES (USA) LLC; LEHMAN BROTHERS INC.; UBS SECURITIES LLC; TENLEY E. ALBRIGHT; KENNETT F. BURNES; TRUMAN S. CASNER; PETER COYM; NADER F. DAREHSHORI; AMELIA C. FAWCETT; ARTHUR L. GOLDSTEIN; DAVID P. GRUBER; LINDA A. HILL; CHARLES R. LAMANTIA; MAUREEN J. MISKOVIC; RICHARD P. SERGEL; RONALD L. SKATES; GREGORY L. SUMME; DIANA CHAPMAN WALSH; ROBERT E. WEISSMAN; and ERNST & YOUNG LLP,<br><br>                Defendants | Case No. 1:10-cv-10064 |

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT STATE STREET CORPORATION**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant State Street Corporation states that it is a publicly held corporation and that no publicly held company owns more than 10 percent of its stock.

Respectfully submitted,

STATE STREET CORPORATION

By its attorney,

*/s/ Timothy Perla*_____
Timothy Perla (BBO #660447)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
E-mail: timothy.perla@wilmerhale.com

Dated: April 30, 2010

## **CERTIFICATE OF SERVICE**

I, Timothy Perla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Timothy Perla*_____